ACCEPTED
12-15-00119-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/7/2015 4:54:58 PM
CATHY LUSK
CLERK

NO. _____

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/7/2015 4:54:58 PM

CATHY S. LUSK
Clerk

DEBRA DENT LEAL A/K/A
DEBBIE D. LEAL, AND TANGO
TRANSPORT, INC., AND TANGO
TRANSPORT, LLC.                                     Appellants

vs.

JAMES JORDAN                                        Appellee

Appealed from the 115th District Court
Upshur County, Texas
Cause No. 588-12
Honorable Lauren Parish, Presiding Judge

OPPOSED MOTION TO EXTEND THE
DEADLINE FOR FILING A NOTICE OF
APPEAL

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd, III.
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)
ATTORNEYS FOR APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

Tango Transport, LLC seeks leave to extend the deadline for filing its notice of appeal. The requested relief is proper under Rules 10.5 and 26.3 of the Texas Rules of Appellate Procedure.

1.    On January 29, 2015, the 115th District Court of Upshur County, the Honorable Lauren Parish, signed a judgment in that Court's cause No. 588-12. A copy of that judgment is attached hereto as Exhibit "A."

2.    On February 25, 2015, the undersigned completed and mailed Defendants' Motion for New Trial. The request was properly addressed, with proper postage affixed. The District Clerk for the 115th Judicial District Court file-stamped this document and dated it March 2, 2015. This motion has not been heard and is still pending in this Court.

3.    Based upon the fact that the Motion for New Trial is expected to be denied by operation of law, the trial court's plenary power would be extended to May 14, 2015. Relying on same, Defendants calendared its deadline to file a notice for appeal for the date of the plenary power expiration.

4.    Consequently, absent relief from this Court the time for appealing will have lapsed as of Wednesday, April 29, 2015. On May 1, 2015, Plaintiff counsel alerted Defendants to the expired deadline. Simply put, the failure to timely file a notice of appeal was a calendaring mistake, and not due to conscious indifference.

5.     Tango Transport, LLC., desires to appeal the January 29, 2015, judgment. To this end, it has filed a notice of appeal in the district court. A copy of the notice of appeal is attached hereto as Exhibit "B." For the notice of appeal to be considered timely, this Court must grant an extension of the notice-of-appeal deadline.

## Information Required
## Under Rule 10.5(b)

6.     The information required of a motion to extend the notice-of-appeal deadline, under Rule 10.5(b)(2), is as follows:

a.     The notice of appeal was initially due April 29, 2015.

b.     The trial court is the 115th Judicial District Court of Upshur County.

c.     The appealed judgment was signed January 29, 2015.

d.     The judgment was issued in Cause No. 588-12, *James L. Jordan, Jr. Vs. Debra Dent Leal a/k/a Debbie D. Leal, and Tango Transport, INC., and Tango Transport, LLC.*

e.     The notice of appeal has been delivered to the district clerk as of Thursday, May 7, 2015.

f.     The reason an extension is needed is generally as stated above: Despite having timely filed a motion for new trial, such motion has not been ruled upon.  Defendants miscalculated its deadline to file the notice of appeal, due to the court's plenary power being extended to May 14,

2015, based upon the apparent denial of the Motion for New Trial being denied by operation of law.

g.   Consequently, the extended appellate timetable, under which counsel had calendared the notice-of-appeal deadline, was not triggered. Counsel did not learn of this until Friday, May 1, 2015 – two days after the ordinary, 90-day notice-of-appeal deadline had passed. The failure to file a notice of appeal within the un-extended deadline was not intentional, but was solely due to the misinterpretation of the appellate timetables with relation to extension of the trial court's plenary power and the deadline to give notice of an appeal.

g.   The notice of appeal was mailed to the trial court today, within 15 days after the initial deadline. This motion is timely, and authorizes this Court to grant an extension of the notice-of-appeal deadline, because it is filed within 15 days after the initial deadline for filing a notice of appeal. *See* TEX. R. APP. P. 26.3 & 10.5(b).

## Conference

Counsel for Tango Transport, LLC., contacted opposing counsel on May 5, 2015, via telephone and was unable to reach him. Counsel then sent correspondence on May 6, 2015, and as of this day and time has not heard from opposing counsel regarding this motion.

WHEREFORE, PREMISES CONSIDERED, Tango Transport, LLC., requests that the Court would extend the time for filing its notice of appeal to and including Wednesday, May 13, 2015, to allow adequate time for the District Clerk for the 115th Judicial District Court to receive the Notice of Appeal and appropriately file same. Tango Transport, LLC., further requests all other relief this motion may authorize.

Respectfully submitted,

**LADD & THIGPEN, P.C.**

Matthew L. Thigpen
Texas State Bar No. 24056425
Norman R. Ladd
Texas State Bar No. 24041285
223 S. Bonner Ave.
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)

ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2015, a true and correct copy of the foregoing *Opposed Motion to Extend the Deadline for Filing a Notice of Appeal* was served upon the following in accordance with Rule 21a of the Texas Rules of Civil Procedure:

| | |
|---|---|
| Phenix, Phenix and Crump<br>118 South Main St.<br>Henderson, Texas 75653<br>(903) 657-3595<br>(903) 657-3598 (FAX) | ☑ Facsimile<br>☐ U.S. Mail<br>☐ CMRRR<br>☐ Courier |

_____
Matthew L. Thigpen

# EXHIBIT

# "A"

CAUSE NO.588-12

| | | |
|---|---|---|
| JAMES JORDAN | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | OF UPSHUR COUNTY, TEXAS |
| | § | |
| V. | § | |
| | § | |
| DEBRA DENT LEAL a/k/a DEBBIE | § | |
| D. LEAL, and TANGO TRANSPORT, | § | |
| INC. and TANGO TRANSPORT, LLC. | § | |
| *Defendants.* | § | 115TH JUDICIAL DISTRICT |

## JUDGMENT

On November 10, 2014, this cause came on to be heard and **JAMES JORDAN,** (Texas Driver's License No. XXXXX128 and Social Security No. XXX-XX-X860) the Plaintiff, appeared in person and by attorney of record and announced ready for trial and Defendants, **DEBRA DENT LEAL a/k/a DEBBIE D. LEAL, TANGO TRANSPORT, INC., and TANGO TRANSPORT, LLC.,** appeared in person and by attorney of record and announced ready for trial and a jury having been previously demanded, a jury consisting of twelve qualified jurors was duly empaneled and the case proceeded to trial with the presentation of evidence beginning on November 19, 2014.

At the conclusion of the evidence, the Plaintiff, **JAMES JORDAN,** moved for a directed verdict. The Court, having considered the Motion, rendered Judgment as a matter of law that the negligence of **DEBRA DENT LEAL a/k/a DEBBIE D. LEAL** while in the course and scope of employment for **TANGO TRANSPORT, INC., and TANGO TRANSPORT, LLC.** proximately caused the occurrence in question.

At the conclusion of the evidence, the Court submitted the remaining questions of fact in the case to the Jury. The charge of the court and the verdict of the Jury are incorporated for all purposes by reference. Because it appears to the Court that the verdict of the Jury was for the Plaintiff and

CERTIFIED TRUE AND CORRECT COPY CERTIFICATE
THE STATE OF TEXAS
The above and forgoing is a full, true and correct photographic copy of the original on file and on record in my office.
Containing _____ of _____ pages,
Attest _Janualdd(_ AD
Karen Bunn, District Clerk
Upshur County, Texas
By: _____ Deputy

against the Defendants, judgment should be rendered on the verdict in favor of **JAMES JORDAN** and against **DEBRA DENT LEAL a/k/a DEBBIE D. LEAL, TANGO TRANSPORT, INC., and TANGO TRANSPORT, LLC.**

IT IS THEREFORE ORDERED by the Court that Plaintiff, **JAMES JORDAN**, have and recover actual damages of and from Defendants, **DEBRA DENT LEAL a/k/a DEBBIE D. LEAL, TANGO TRANSPORT, INC., and TANGO TRANSPORT, LLC.**, jointly and severally the sum of $390,261.17 together with prejudgment interest on the past damages in the amount of $40,961.61 dollars for a total judgment of $431,222.78.

IT IS FURTHER ORDERED that the total amount of the judgment here rendered will bear interest at the rate of 5.00% per annum from the date of judgment until paid.

All costs of court spent or incurred in this cause are adjudged against Defendants, jointly and severally.

All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary.

All relief requested in this case not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED this _29_ day of _January_, 2015.

_____
JUDGE PRESIDING



# EXHIBIT

# "B"

CAUSE NO. 588-12

| JAMES JORDAN | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | OF UPSHUR COUNTY, TEXAS |
| | § | |
| DEBRA DENT LEAL a/k/a DEBBIE | § | |
| D. LEAL, AND TANGO | § | |
| TRANSPORT, INC., AND TANGO | § | 115TH JUDICIAL DISTRICT |
| TRANSPORT, LLC. | | |

## DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendants, DEBRA DENT LEAL a/k/a DEBBIE D. LEAL, AND TANGO TRANSPORT, INC. AND TANGO TRANSPORT, LLC, collectively ("DEFENDANTS"), and give this written notice of appeal to the Twelfth the Court of Appeals of the State of Texas from the exclusion of evidence related to prior injuries of Plaintiff, originally allowed into evidence pursuant to oral order at the voir dire portion of the case, by the 114th Judicial District Court for Upshur County, Texas on November 10, 2015. One week later when trial commenced, the Court reversed its order, and excluded such evidence despite its previous ruling. During testimony, DEFENDANTS contend that the Plaintiff opened the door to such evidence based upon his sworn testimony, which if allowed, would have allowed DEFENDANTS to impeach with prior inconsistent testimony.

DEFENDANTS further give notice of appeal based upon the Court's failure to comply with Rule 193.6 of the Texas Rules of Civil Procedure. Specifically, documents requested in discovery were produced for the first time fourteen (14) days prior to trial. DEFENDANTS requested (1) trial continuance or (2) strike the records as mandated by

EXHIBIT
B

193.6. The Trial Court failed to provide either of the requested reliefs, and allowed further supplementation during the trial itself, despite the objections of DEFENDANTS' counsel.

DEFENDANTS further give notice of appeal to the Court's allowance of testimony and documents that were not provided during discovery, and when requested were met with objections of irrelevant by Plaintiff. Such action is a classic sword and shield maneuver. Prior to trial, the Court granted DEFENDANT'S Motion in Limine, addressing the exclusion of documents and testimony requested and discovery that were not produced by PLAINTIFF. The Court allowed such items to be provided to the jury and elicited testimony, despite the objections lodged by DEFENDANTS.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, DEBRA DENT LEAL a/k/a DEBBIE D. LEAL, AND TANGO TRANSPORT, INC. AND TANGO TRANSPORT, LLC, will ask the Twelfth Court of Appeals to reverse the trial court's rulings, and to remand the cause for further proceedings.

*Signature on Next Page*

Respectfully submitted,

LADD & THIGPEN, P.C.

Norman R. Ladd
Texas State Bar No. 24041285
Matthew Thigpen
Texas State Bar No. 24056425
235 S. Broadway Suite 200
Tyler, Texas 75702
(903) 705-7211
(903) 705-7221 (FAX)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May 2015, a true and correct copy of *Defendants' Notice of Appeal* was served upon the following in accordance with Rule 21a of the Texas Rules of Civil Procedure.

| | |
|---|---|
| Phenix, Phenix and Crump<br>118 South Main St.<br>Henderson, Texas 75653<br>(903) 657-3595<br>(903) 657-3598 (FAX) | ☑ Facsimile<br>☐ U.S. Mail<br>☐ CMRRR<br>☐ Courier |

Matthew L. Thigpen